# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**JACKIE DELMAS MASON**,

      Plaintiff,

      **v.**                         **Case No. 19-CV-1103**

**CHARLES CLOVER, *et al.*,**

      Defendants.

---

## ORDER

---

On January 6, 2022, the court denied *pro se* plaintiff Jackie Delmas Mason's motions to compel and motion to disqualify the Wisconsin State Attorney General's Office as counsel for the defendants. (ECF No. 42.) The court denied part of Mason's motion to compel without prejudice—specifically, the portion regarding inspecting the defendants' boilers. (*Id.* at 6.) The court stated that Mason may refile this aspect of his motion to compel if he timely submits his medical authorization to the defendants. (*Id.* at 6-7.)

On January 13, 2022, Mason filed a motion to reconsider the rulings on his motions. (ECF No. 43.) In his motion to reconsider Mason simply takes issue with the way his motions were evaluated and considered. That is not a basis for granting his motion. *See Oto v. Metropolitan Life Ins. Co.*, 244 F.3d 601, 606 (7th Cir. 2000) (holding that a motion that "merely took umbrage with the court's ruling and

rehashed arguments" was properly rejected by the district court). Mason's motion for reconsideration (ECF No. 43) is **DENIED**.

Dated in Milwaukee, Wisconsin this 18th day of January, 2022.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

Case 2:19-cv-01103-WED   Filed 01/18/22   Page 2 of 2   Document 44