# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**JACKIE DELMAS MASON,**

        Plaintiff,

v.                                                    Case No. 19-CV-1103

**CHARLES CLOVER, ET AL.,**

        Defendants.

☒   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff's motions for summary judgment (ECF Nos. 45, 50, 54, 61.) are **DENIED**.

    **IT IS FURTHER ADJUDGED** that the defendants' motion for summary judgment (ECF No. 66) is **GRANTED**.

    **IT IS FURTHER ADJUDGED** this case is **DISMISSED**.

Date: September 22, 2022

                                    Gina M. Colletti, Clerk of Court
                                    EASTERN DISTRICT OF WISCONSIN
                                    (By) Deputy Clerk, s/Mary Murawski
                                    Approved this 22nd day of September, 2022.

                                    *[signature: William E. Duffin]*
                                    WILLIAM E. DUFFIN
                                    United States Magistrate Judge